UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANEELA RAFIQUE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PREMIER FINANCIAL ALLIANCE, INC., et al.,<br><br>    Defendants. | Case No. 23-cv-00732-JST<br><br>**ORDER GRANTING MOTION TO COMPEL ARBITRATION AND STAY CASE; ORDER ADMINISTRATIVELY CLOSING CASE**<br><br>Re: ECF Nos. 17, 43 |

The Court previously held in abeyance Defendants' motion to compel arbitration, ECF No. 17, and ordered the parties to "meet and confer and . . . file a joint case management statement proposing a case schedule for resolving the disputed facts over whether an agreement to arbitrate was formed." ECF No. 37 at 4. Defendants have now located 2019 arbitration agreements signed by each of the three Plaintiffs—Aneela Rafique, Haidee Collado, and John Soo Hoo—and the parties "stipulate and agree to arbitration with AAA [the American Arbitration Association] pursuant to the 2019 Arbitration Agreements, but that there will be a single arbitration proceeding with the three Plaintiff's [sic] claims arbitrated together." ECF No. 43 at 2, 4–39. The parties "further stipulate and agree that the Court stay the case . . . pending adjudication of all issues by the AAA, or until otherwise ordered by the Court." *Id.*

The Court approves the parties' stipulated requests and now grants Defendants' motion to compel arbitration and stay this case. ECF No. 17. AAA will conduct a single arbitration proceeding to resolve all three Plaintiffs' claims. This case is stayed pending completion of that arbitration.

/ / /

/ / /

1    The Clerk shall administratively close the file.  This order shall not be considered a
2  dismissal or disposition of this action against any party.  If further proceedings become necessary,
3  any party may initiate them in the same manner as if this order had not been entered.
4    **IT IS SO ORDERED.**
5  Dated:  February 5, 2024



JON S. TIGAR
United States District Judge